LAZLO V. KEVICZKY, Respondent, *v.* ISADORE LORBER et al., Appellants, et al., Defendants.

Submitted May 17, 1943; decided May 27, 1943.

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 297.)